ELECTRONICALLY FILED
Faulkner County Circuit Court
Nancy Eastham, Circuit Clerk
2024-Sep-20 13:19:22
23CV-24-1859
C20D01 : 3 Pages

IN THE CIRCUIT COURT OF FAULKNER COUNTY, ARKANSAS
CIVIL DIVISION

CONWAY SCHOOL DISTRICT PLAINTIFF

v. No. ____________________

R.V. and C.V., Parents of N.V., a minor DEFENDANTS

**COMPLAINT-APPEAL OF FINAL ADMINISTRATIVE DECISION IN CASE NO. H-24-11**

Plaintiff, Conway School District ("District"), by its attorneys, for its Complaint-Appeal of Final Administrative Decision in Case No. H-24-11, alleges and states:

**PARTIES**

1. Plaintiff, Conway School District, is a public school district organized and operating pursuant to the laws of the State of Arkansas and a "local educational agency" as provided by 20 U.S.C. § 1401(15).

2. Defendants, R.V. and C.V., parents of N.V., a minor ("Parents"), are individual residents of Conway, Faulkner County, Arkansas.

**JURISDICTION AND VENUE**

3. Subject matter jurisdiction is proper pursuant to Section 6 of Amendment 80 of the Arkansas Constitution and 20 U.S.C. § 1415(i)(2). Venue is proper in this court pursuant to Ark. Code Ann. §§ 16-60-101, *et seq.*

**FACTUAL BACKGROUND**

4. On August 28, 2023, Parents filed their original Due Process Complaint ("DPC") with the ADE (Case No. H-24-11). In their DPC, Parents alleged that their minor daughter, N.V., ("Student"), at the time a second-grade student in the District, had been diagnosed with disabilities that qualified her for special education pursuant to the Individuals with Disabilities in Education

**EXHIBIT A**

Act ("IDEA"), 20 U.S.C. §§ 1400, *et seq.* Parents complained that the District had violated the IDEA and requested an administrative hearing pursuant to the IDEA with the ADE. The due process hearing was conducted by the hearing officer on January 23-26, March 1, March 4, and April 30, 2024.

5. Following the submission of post-hearing briefs from the parties, the hearing officer issued a decision on June 22, 2024. The Final Decision and Order ("Final Decision") ruled in favor of the District on most claims and in favor of the Parents on two claims. A redacted copy of the Final Decision is attached hereto as Exhibit A.

6. Specifically, the erroneous findings of fact and conclusions of law in the Final Decision include, but are not limited to, the following:

(a) The Final Decision erroneously found that the District failed to provide Student a free appropriate public education ("FAPE") for the 2022-2023 and 2023-2024 school years, thus procedurally violating IDEA;

(b) The Final Decision erroneously concluded that the Student's individualized education programs ("IEP") for the 2022-2023 and 2023-2024 school years did not meet the substantive requirements of the IDEA, and resulted in a denial of FAPE; and

(c) The Final Decision erroneously found that Compass Academy is an appropriate placement for Student and ordered the District to pay the balance of tuition, fees, and costs, after the deduction of any scholarship funds, and the cost of transportation to and from the school, for Student to attend Compass Academy from and after the date of enrollment at Compass on September 18, 2023.

**CLAIM FOR RELIEF PURSUANT TO THE IDEA**

7. Plaintiff restates and realleges each of the allegations set forth in paragraphs 1 through 6 as if set forth herein word for word.

8. The District is a "party aggrieved" by the findings and decision of the hearing officer in the due process hearing, in that the decision of the hearing officer erroneously found, in part, that the District had violated the IDEA and relevant federal or state regulations promulgated thereunder in connection with the educational services provided by the District to the Student. The evidence presented at the due process hearing did not fairly and rationally support the hearing officer's findings against the District, and the hearing officer's decisions in favor of Defendants were contrary to the evidence. The evidence showed that (a) the District complied with the procedures set forth in the IDEA and pertinent federal and state regulations, and (b) the educational plan and services provided by the District were reasonably calculated to enable the Student to receive educational benefits.

WHEREFORE, Plaintiff, Conway School District, respectfully requests that this Court enter judgment in favor of Plaintiff and against Defendants by reversing the decision of the hearing officer on all claims in which the hearing officer ruled in favor of Defendants; for Plaintiff's attorneys' fees and costs incurred herein; and for all other relief to which Plaintiff may be entitled.

Respectfully submitted,

BEQUETTE, BILLINGSLEY & KEES, P.A.
425 West Capitol Avenue, Suite 3200
Little Rock, AR 72201-3469
Phone: (501) 374-1107
Fax: (501) 374-5092
Email: ckees@bbpalaw.com
Email: pbrick@bbpalaw.com

By: **/s/ Cody Kees**
W. Cody Kees, Ark. Bar No. 2012118
Phillip M. Brick, Jr., Ark. Bar No. 2009116

*Attorneys for Conway School District*